## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Sergio Ayala-Campas

CRIMINAL COMPLAINT
CASE: 14-10680M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about June 24, 2014 at or near Lukeville, Arizona, in the District of Arizona, Sergio Ayala-Campas, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Douglas, Arizona on May 30, 2014 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Sergio Ayala-Campas is a citizen of Mexico. On May 30, 2014, Sergio Ayala-Campas was lawfully denied admission, excluded, deported and removed from the United States through Douglas, Arizona. On June 24, 2014, agents found Sergio Ayala-Campas in the United States at or near Lukeville, Arizona without the proper immigration documents. Sergio Ayala-Campas did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Sergio Ayala-Campas, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Sergio Ayala-Campas admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on June 23, 2014, at or near Lukeville, Arizona.

File Date: 06/26/2014

at Tucson, Arizona

Jason Rheinfrank, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 06/26/2014

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 087 429 827